# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

### NO. 03-15-00122-CV

**In re Robert Brown III**

### ORIGINAL PROCEEDING FROM WILLIAMSON COUNTY

### M E M O R A N D U M   O P I N I O N

Relator Robert Brown III, an inmate in the Texas Department of Criminal Justice, has filed a pro se petition for writ of mandamus asking this Court to compel the 277th District Court of Williamson County and the district clerk there to assign a cause number to Brown's "motion for a suit of writ of mandamus against the City of Georgetown," which Brown claims he has already filed in the court below. We do not have jurisdiction to issue a writ of mandamus against a district clerk unless doing so would be necessary to enforce this Court's jurisdiction.[1] Moreover, to the extent that Brown's mandamus petition is directed at the district court itself, he has failed to provide this Court with a record sufficient to show his entitlement to the extraordinary relief requested.[2] Accordingly, we deny the petition for writ of mandamus.[3]

---

[1] *See* Tex. Gov't Code § 22.221(a), (b).

[2] *See* Tex. R. App. P. 52.7; *In re Le*, 335 S.W.3d 808, 813 (Tex. App.—Houston [14th Dist.] 2011, orig. proceeding) ("Those seeking the extraordinary remedy of mandamus must follow the applicable procedural rules. Chief among these is the critical obligation to provide the reviewing court with a complete and adequate record.").

[3] *See* Tex. R. App. P. 52.8(a).

_____

Bob Pemberton, Justice

Before Justices Puryear, Pemberton, and Bourland

Filed:   March 13, 2015